8b 659
13 708

[No. 1257.   Decided March 28, 1894.]

THE STATE OF WASHINGTON, *on the relation of A. E. Rice, Pros-
ecuting Attorney of Lewis County, Appellant*, v. THE CITY OF
CENTRALIA *et al., Respondents.*

*Appeal from Superior Court, Lewis County.*

*A. E. Rice*, and *Miller Murdoch*, for appellant.

*G. T. Swasey*, for respondents.

HOYT, J.— Many questions were presented in this case not in-
volved in that of *The City of Pullman v. Hungate, ante*, p. 519, and
it is probable that the action of the court below in sustaining the
legality of the incorporation of the defendant could be sustained
without the aid of the act of March 9, 1893 (Laws, p. 183), but the
conclusion to which we have come, as shown in the case just cited,
as to the effect of that act makes it unnecessary for us to discuss
the other questions presented by the record.

The judgment of the superior court must be affirmed.

DUNBAR, C. J., and SCOTT, J., concur.

STILES, J. (*concurring*).— For the reasons given by me in *Pull-
man v. Hungate*, I should dissent in this case.   But I am very much
in doubt whether the act of 1888 (Laws, p. 221) was void as to this
corporation, which had a valid, legal existence as a corporation by
special act, and merely undertook to re-incorporate under the law

of 1888. See §26, p. 231, and *Burlington v. Leebrick*, 43 Iowa, 252, and I shall therefore concur in the result.

ANDERS, J.—I concur in the above.